UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONSUELA BROWN-LOMAX,

                Plaintiff,

-against-

UNITED PARCEL SERVICE,

                Defendant.
------------------------------------------------------------X

JUDGMENT
02-CV- 5751 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 25, 2005, granting defendant's motion for summary judgment dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment dismissing the complaint in its entirety is granted.

Dated: Brooklyn, New York
        August 26, 2005

Robert C. Heinemann
Clerk of Court

By: _____/s/
Terry Vaughn
Chief Deputy Clerk
for Operations